**WO**

1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Barry D. Suiter, | ) | No. CV-12-1595-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Life Time Fitness, Inc., | ) | |
| Defendant. | ) | |

Pending before the Court is the parties' Joint Stipulation for Dismissal With Prejudice. (Doc. 52.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

**IT IS FURTHER ORDERED VACATING** the status hearing set for **Wednesday, November 6, 2013 at 3:00 p.m.**

**IT IS FURTHER ORDERED denying as moot** Defendant's motion for summary judgment.  (Doc. 46.)

DATED this 4th day of October, 2013.

Stephen M. McNamee
Senior United States District Judge